**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
SPARTANBURG DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | CR. NO. 7:03-cr-1094-TMC-01 |
| ) | |
| vs.   ) | **MOTION FOR RELIEF UNDER FIRST** |
| ) | **STEP ACT OF 2018** |
| ADRIAN LAMONT JETER   ) | |
| ) | |

      The Defendant, Adrian Lamont Jeter, under Section 404(b) of the First Step Act of 2018, Pub. L. No. 115-391, 132 Stat. 5194 (enacted Dec. 21, 2018), and seeks a reduction of sentence. Because the First Step Act makes the relief available in the Fair Sentencing Act of 2010 retroactive, Jeter is eligible for a reduction of sentence, as the statutory penalty associated with his greatest offense of conviction has been lowered from a minimum of twenty years to a maximum of life imprisonment to a minimum of ten years and maximum of life imprisonment. The associated term of supervised release has also been reduced. See 21 U.S.C. §§ 841(a)(1), (b)(1)(A), (b)(1)(B).

      The defendant asserts that he was sentenced on June 21, 2004 to a sentence of 360 months imprisonment and 10 years supervised release.  Defendant's sentence was based on crack cocaine, the mandatory minimums of the drug statute, and the statutory mandatory minimums associated with the defendant's conviction and Sentencing Guidelines applicable at that time. Now that these sentencing statutes and guidelines have changed, the defendant seeks relief by way of reconsideration of his sentence as though he were being sentenced under the now-applicable statutes and guidelines.

      WHEREFORE, Defendant respectfully requests this Court grant his motion for reduction of sentence and resentence him for a term compatible with the new calculus.

                                            Respectfully submitted,

                                            <u>s/ Lora Blanchard</u>
                                            Lora Blanchard (Fed. Bar # 9677)
                                            Assistant Federal Public Defender
                                            75 Beattie Place, Suite 950
                                            Greenville, South Carolina 29601
                                            (864) 235-8714

May 29, 2019